UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONDA DANNER, individually and on behalf of other similarly situated people,

       Plaintiff,

v.

LEADING HEALTHCARE SOLUTIONS, INC.,

       Defendant.

Case No. 2:22-cv-11498

Hon. Stephen J. Murphy, III

Magistrate Elizabeth A. Stafford

## **NOTICE OF RESOLUTION**

The parties have reached an agreement in principle to resolve this matter. The parties anticipate that they will be in a position to submit a stipulation to dismiss this matter within the next thirty (30) days.

Respectfully submitted,

| | |
|---|---|
| *Avi R. Kaufman (w/ permission)* | */s/ Irina N. Kashcheyeva* |
| Avi R. Kaufman | Irina N. Kashcheyeva (P72575) |
| **KAUFMAN P.A.** | **FOLEY & LARDNER LLP** |
| 400 Northwest 26th Street | 500 Woodward Avenue, Suite 2700 |
| Miami, FL 33127 | Detroit, MI  48226 |
| (305) 469-5881-telephone | (313) 234-7100-telephone |
| kaufman@kaufmanpa.com | (313) 234-2800-fax |
| | ikashcheyeva@foley.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2023, I submitted the foregoing document to the Court using the CM/ECF system, and provided notification of the filing to counsel of record.

/s/ Irina N. Kashcheyeva (P72575)
Irina N. Kashcheyeva
