UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONDA DANNER,

          Plaintiff,

v.

LEADING HEALTHCARE
SOLUTIONS, INC.,

          Defendant.
                                              /

Case No. 2:22-cv-11498

HONORABLE STEPHEN J. MURPHY, III

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Defendant Leading Healthcare Solutions filed a Notice of Resolution, stating that the parties "have reached an agreement" and "anticipate [] they will be in a position to submit a stipulation to dismiss this matter within the next thirty [] days." ECF 47, PgID 424. The Court will therefore dismiss the case without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than October 26, 2023. The Court will retain jurisdiction to resolve any disputes over settlement matters, including reopening the case if the settlement ultimately fails. The Court is most appreciative of the parties' efforts to resolve the case and to keep the Court informed of developments.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Parties must **FILE** their closing documents dismissing the case with prejudice **no later than October 26, 2023**.

1

This is a final order that closes the case.

**SO ORDERED.**

                                                s/ Stephen J. Murphy, III
                                                STEPHEN J. MURPHY, III
                                                United States District Judge

Dated: September 28, 2023