# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **RONDA DANNER**, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**LEADING HEALTHCARE SOLUTIONS, INC.**,<br><br>*Defendants*. | Civil Case No.: 2:22-cv-11498<br><br>HON. STEPHEN J. MURPHY, III |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE CLOSING DOCUMENTS <u>DISMISSING THE CASE WITH PREJUDICE</u>

The parties have announced that the parties have settled this case but require several months to finalize the settlement. *See* ECF No. __. Accordingly, the case is ABATED and ADMINISTRATIVELY CLOSED without prejudice to its being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated. All deadlines are vacated.

SO ORDERED.

Signed: October __, 2023

_____
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

4