UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONDA DANNER,

          Plaintiff,

v.

LEADING HEALTHCARE
SOLUTIONS, INC.,

          Defendant.
_____/

Case No. 2:22-cv-11498

HONORABLE STEPHEN J. MURPHY, III

**ORDER GRANTING MOTION TO EXTEND DEADLINE [49]**

After the case was dismissed without prejudice, ECF 48, the Parties jointly moved to extend the deadline to file closing documents dismissing the case with prejudice. ECF 49. The Parties represented that "[t]he nature of the settlement agreement requires the parties to finalize actions by October 25, 2024." *Id.* at 429. The Court will grant the motion to extend the deadline. And the Court will retain jurisdiction to resolve any disputes over settlement matters, including reopening the case if the settlement ultimately fails.

**WHEREFORE**, it is hereby **ORDERED** that the Parties must **FILE** their closing documents dismissing the case with prejudice **no later than October 31, 2024**.

**SO ORDERED.**

                                            s/ Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: February 16, 2024