UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **RONDA DANNER**, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**LEADING HEALTHCARE SOLUTIONS, INC.**,<br><br>*Defendants*. | Civil Case No.: 2:22-cv-11498<br><br>HON. STEPHEN J. MURPHY, III |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ronda Danner ("Plaintiff") and Defendant Leading Healthcare Solutions, Inc. ("LHS"), by and through their undersigned counsel, stipulate and agree that this action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

**Dated:** October 30, 2024    s/ *Max S. Morgan*_____
Max S. Morgan, Esquire
Eric H. Weitz, Esquire
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875

1

max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com

Avi R. Kaufman, Esquire
KAUFMAN P.A.
400 Northwest 26th Street
Miami, Florida 33127
Tel: (305) 469-5881
kaufman@kaufmanpa.com

George T. Blackmore, Esquire (P76942)
BLACKMORE LAW PLC
1129 W 14 Mile Rd #1006
Clawson, MI 48017
Tel: (833) 343-6743
Fax: (855) 744-4419
george@blackmore.law

*Counsel for Plaintiff and the putative class*

/s/*Irina N. Kashcheyeva*
Irina N. Kashcheyeva (P72575)
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
(313) 234-7100-telephone
(313) 234-2800-fax
ikashcheyeva@foley.com

Counsel for Defendant Leading Healthcare Solutions, Inc.

## Certificate of Service

      The undersigned certifies that on October 30, 2024 the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

                                By:   /s/ *Max S. Morgan*
                                              Max S. Morgan